IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case Number: 4:18-cv-00260 |
| KRISHNA MOHAN, | ) ) ) |
| Defendant. | ) |

## NOTICE OF RELATED LITIGATION

Pursuant to Rule 5.2 of the Local Rules of the U.S. District Court for the Southern District of Texas, plaintiff Commodity Futures Trading Commission notifies the Court of the existence of a criminal case pending in the Southern District of Texas related to the above-captioned case. The related case is *United States v. Krishna Mohan*, Case Number 4:18-mj-00080, and it was filed on January 26, 2018.

Respectfully submitted,

PLAINTIFF COMMODITY FUTURES
TRADING COMMISSION

/s/ *Rachel A. Hayes*
Peter L. Riggs (*pro hac vice*), Attorney in Charge
(Missouri Bar # 57268)
Rachel A. Hayes (*pro hac vice*)
(Missouri Bar #48713)
Rebecca S. Jelinek (*pro hac vice*)
(Missouri Bar #53586)
Commodity Futures Trading Commission
4900 Main Street, Ste. 500
Kansas City, Missouri 64112
Telephone:  (816) 960-7700
Facsimile:  (816) 960-7751

priggs@cftc.gov
rhayes@cftc.gov
rjelinek@cftc.gov

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the foregoing Notice of Related Litigation on the following non-CE/ECF participant via UPS to:

Krishna Mohan
c/o Marc A. Weinstein, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Dated:  April 19, 2018                /s/ *Rachel A. Hayes*
                                            Attorney for Plaintiff