# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission<br>v.<br>Krishna Mohan | )<br>)<br>)   Case No.  4:18-cv-00260<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marc A. Weinstein of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of defendant Krishna Mohan in the above-captioned matter.

Dated:  May 22, 2018

                                        HUGHES HUBBARD & REED LLP

                        By:     /s/ Marc A. Weinstein
                                Marc A. Weinstein
                                One Battery Park Plaza
                                New York, New York 10004
                                Tel: (212) 837-6460
                                marc.weinstein@hugheshubbard.com

                                *Attorneys for Defendant Krishna Mohan*

82437164_1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record for this matter.

*/s/ Marc A. Weinstein*
Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6460
marc.weinstein@hugheshubbard.com

Dated:  May 22, 2018

82437164_1