UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission<br>v.<br>Krishna Mohan | Case No. 4:18-cv-00260 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John T. McGoey of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of defendant Krishna Mohan in the above-captioned matter.

Dated: May 22, 2018

                          HUGHES HUBBARD & REED LLP

                          By:    /s/ John T. McGoey
                                  John T. McGoey
                                  One Battery Park Plaza
                                  New York, New York 10004
                                  Tel: (212) 837-6776
                                  john.mcgoey@hugheshubbard.com

                                  *Attorneys for Defendant Krishna Mohan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record for this matter.

*/s/ John T. McGoey*
John T. McGoey
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6776
john.mcgoey@hugheshubbard.com

Dated:  May 22, 2018

82437164_1